STEPHEN KEY, ESQ. (Admitted *pro hac vice*)
  E-Mail: skey@keyharrington.com
DAVID A. SCOTT (Admitted *pro hac vice*)
  E-Mail: dscott@keyharrington.com
**KEY HARRINGTON BARNES, PC**
3710 Rawlins Street, Suite 950
Dallas, Texas  75219
Telephone: (214) 615-7929
Facsimile: (214) 615-7926

DAVID A. WIMMER (State Bar No. 155792)
  E-Mail: dwimmer@swerdlowlaw.com
LORI M. YANKELEVITS (State Bar No. 156253)
  E-Mail: lyankelevits@swerdlowlaw.com
**SWERDLOW FLORENCE**
  **SANCHEZ SWERDLOW & WIMMER**
A Law Corporation
9401 Wilshire Blvd., Suite 828
Beverly Hills, California 90212
Telephone: (310) 288-3980
Facsimile: (310) 273-8680

Attorneys for Defendants TRANSPORTATION MANAGEMENT SERVICES, INC. and HORIZON COACH LINES PAYMASTER LLC


STEVEN G. TIDRICK, (State Bar No. 224760)
  E-mail: sgt@tidricklaw.com
JOEL B. YOUNG, (State Bar No. 236662)
  E-mail: jby@tidricklaw.com
**THE TIDRICK LAW FIRM**
2039 Shattuck Avenue, Suite 308
Berkeley, California 94704
Telephone: (510) 788-5100
Facsimile: (510) 291-3226

Attorneys for Plaintiff ELIZABETH MARTINEZ

282647.1 / 4371-002                                                                3:13-CV-02129-JCS
JOINT CASE MANAGEMENT STATEMENT AND THE PARTIES' NOTICE OF REQUEST TO APPEAR BY TELEPHONE AT CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| ELIZABETH MARTINEZ, on behalf of herself and all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>HORIZON COACH LINES PAYMASTER LLC d/b/a HORIZON COACH LINES; TRANSPORTATION MANAGEMENT SERVICES INC. d/b/a HORIZON COACH LINES; CUSA FL, LLC d/b/a HORIZON COACH LINES; and DOES 1-100,<br><br>　　　　　　　Defendant. | CASE NO. 3:13-CV-02129-JCS<br><br>**JOINT CASE MANAGEMENT STATEMENT AND THE PARTIES' NOTICE OF REQUEST TO APPEAR BY TELEPHONE AT CASE MANAGEMENT CONFERENCE AND [~~PROPOSED~~] ORDER**<br><br>Date:　　February 28, 2014<br>Time:　　2;00 p.m.<br>Crtrm.:　　G |

TO THE HONORABLE JOSEPH C. SPERO, UNITED STATES MAGISTRATE JUDGE:

　　Plaintiff Elizabeth Martinez and Defendant Horizon Coach Lines Paymaster LLC ("HCLP" or "Defendant") file their Joint Case Management Report in advance of the February 28, 2014, Subsequent Case Management Conference as follows:

　　On January 15, 2014, the parties participated in a mediation before the Honorable Edward A. Infante (ret.). At the mediation, the parties agreed to resolve this matter on behalf of a stipulated, settlement class comprised of all current and former San Francisco-based HCLP drivers. At the direction of Judge Infante, defense counsel drafted a formal Stipulation of Settlement, which was forwarded to Plaintiffs' counsel on February 3, 2014, for review. Plaintiffs' counsel indicated it will provide its comments to defense counsel by February 21, 2014. Following the execution of an agreed-upon settlement agreement by the parties and their counsel, Plaintiffs' counsel will file a Motion for Preliminary Approval of Stipulated, Class-Action Settlement.

SWERDLOW FLORENCE
SANCHEZ SWERDLOW & WIMMER
9401 WILSHIRE BLVD., SUITE 828
BEVERLY HILLS, CALIFORNIA 90212
TEL (310) 288-3980 • FAX (310) 273-8680

1  Defense counsel for HCLP hereby requests leave of Court to appear by
2  telephone at the Case Management Conference on Friday, February 28, 2014, at
3  2:00 p.m. in the above-captioned Court. Plaintiffs' counsel likewise requests leave
4  of Court to appear by telephone at the Case Management Conference. The
5  conference call number is: 712-432-0490 – access code 443490#.

DATED: February 21, 2014   Respectfully submitted,

KEY HARRINGTON BARNES, PC

SWERDLOW FLORENCE
  SANCHEZ SWERDLOW & WIMMER

By: _____
    DAVID A. WIMMER
Attorneys for Defendant
HORIZON COACH LINES PAYMASTER LLC

DATED: February 21, 2014   Respectfully submitted,

THE TIDRICK LAW FIRM

By:   /S/ Steven G. Tidrick
      STEVEN G. TIDRICK
Attorneys for Plaintiff
ELIZABETH MARTINEZ

**IT IS SO ORDERED.**

DATED: February  25 , 2014

_____
HON. JOSEPH C. SPERO