STEPHEN KEY, ESQ. (Admitted *pro hac vice*)
  E-Mail: skey@keyharrington.com
DAVID A. SCOTT (Admitted *pro hac vice*)
  E-Mail: dscott@keyharrington.com
**KEY HARRINGTON BARNES, PC**
3710 Rawlins Street, Suite 950
Dallas, Texas  75219
Telephone: (214) 615-7929
Facsimile: (214) 615-7926

DAVID A. WIMMER (State Bar No. 155792)
  E-Mail: dwimmer@swerdlowlaw.com
LORI M. YANKELEVITS (State Bar No. 156253)
  E-Mail: lyankelevits@swerdlowlaw.com
**SWERDLOW FLORENCE
  SANCHEZ SWERDLOW & WIMMER**
A Law Corporation
9401 Wilshire Blvd., Suite 828
Beverly Hills, California 90212
Telephone: (310) 288-3980
Facsimile: (310) 273-8680

Attorneys for Defendants TRANSPORTATION MANAGEMENT SERVICES, INC. and HORIZON COACH LINES PAYMASTER LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ELIZABETH MARTINEZ, on behalf of herself and all others similarly situated,<br><br>           Plaintiff,<br><br>     vs.<br><br>HORIZON COACH LINES PAYMASTER LLC d/b/a HORIZON COACH LINES; TRANSPORTATION MANAGEMENT SERVICES INC. d/b/a HORIZON COACH LINES; CUSA FL, LLC d/b/a HORIZON COACH LINES; and DOES 1-100,<br><br>           Defendant. | **CASE NO. 3:13-CV-02129-JCS**<br><br>**DEFENDANT HORIZON COACH LINES PAYMASTER LLC'S NOTICE OF REQUEST TO APPEAR BY TELEPHONE AT HEARING RE FINAL APPROVAL OF CLASS SETTLEMENT AND [PROPOSED] ORDER**<br><br>*Judge:*  Hon. Joseph C. Spero<br><br>Date:  December 5, 2014<br>Time:  9:30 a.m.<br>Crtrm.: G |

SWERDLOW FLORENCE
SANCHEZ SWERDLOW & WIMMER
9401 WILSHIRE BLVD., SUITE 828
BEVERLY HILLS, CALIFORNIA 90212
TEL (310) 288-3980 • FAX (310) 273-8680

TO ALL PARTIES AND THEIR ATTORNEY OF RECORD:

PLEASE TAKE NOTICE THAT the undersigned defense counsel for Horizon Coach Lines Paymaster LLC hereby requests leave of Court to appear by telephone at the Hearing re Final Approval of Class Settlement, which has been noticed for Friday, December 5, 2014, at 9:30 a.m. in the above-captioned Court.

Consistent with the Court's past practices, defense counsel shall be on phone standby beginning at 9:30 a.m. and shall await the Court's call at (310) 288-3980 ext. 8201.

DATED:  November 5, 2014

SWERDLOW FLORENCE
SANCHEZ SWERDLOW & WIMMER

By: _____
DAVID A. WIMMER
Attorneys for Defendants TRANSPORTATION MANAGEMENT SERVICES, INC. and HORIZON COACH LINES PAYMASTER LLC

IT IS SO ORDERED.

DATED:  November __6__, 2014



_____
JOSEPH C. SPERO
United States Magistrate Judge